IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASH WARRANT PAULEY, SR.,
and his estate and heirs,

      Plaintiffs,

v.                                              Case No. 4L17cv95-MW/CAS

JANICE MARIE,
LISA MARIE BADINI,
SANOFI-AVENTS, LLC, and
Unknown Homeowners
Insurance Company, et al.,

      Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 21. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion to dismiss, ECF No. 5, is **DENIED as moot**. Plaintiff's motion for leave to to proceed *in forma pauperis*, ECF No. 18, is **DENIED as**

1

**moot**. The Clerk shall terminate the balance of the pending motions, ECF Nos. 26 and 28, which will be addressed by the transferee court. This case is **TRANSFERRED** to the United District Court for the Southern District of Florida, Key West Division, for all further proceedings.

    **SO ORDERED on April 25, 2017.**

                                          <u>**s/Mark E. Walker**</u>
                                          **United States District Judge**